MORIS DAVIDOVITZ (SBN 70581)
PATRICIA S. LAKNER (SBN 115007)
Cooper & Scully, P.C.
505 Sansome Street, Ste. 1550
San Francisco, California 94111
Tel: (415) 956-9700
Fax: (415) 391-0274
Email: moris.davidovitz@cooperscully.com
       patricia.lakner@cooperscully.com

Attorneys for Plaintiff,
UNITED STATES LIABIITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania Corporation<br><br>              Plaintiff,<br><br>vs.<br><br>PUBLISHERS ASSISTANCE CORP., a Corporation, LEONARD BRILL, an Individual; NATIONAL ASSOCIATION OF STOCK PLAN PROFESSIONALS, LTD<br><br>             Defendants. | Case No. 3:19-cv-02017-WHO<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff UNITED STATES LIABILITY INSURANCE COMPANY hereby dismisses the entire action with prejudice and that each party shall bear their own attorney's fees, expenses, and costs.

DATE: July 18, 2019

                                                                                     COOPER & SCULLY, P.C.

                                                                                     MORIS DAVIDOVITZ
                                                                                     PATRICIA S. LAKNER

                                                                                     Attorneys for Plaintiff UNITED STATES LIABILITY INSURANCE COMPANY

**ORDER**

IT IS HEREBY ORDERED that the entire action of *United States Liability Insurance Company v. Publishers Assistance Corp., Leonard Brill, and National Association of Stock Plan Professionals, Ltd.,* is hereby dismissed with prejudice and that each party shall bear its own attorney's fees, expenses, and costs.

DATED: July 24, 2019

HONORABLE WILLIAM H. ORRICK
United States District Court Judge
Northern District of California